UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY EVANS (#108026)

VERSUS

CHAD BUTLER, ET AL

CIVIL ACTION

NO. 09-159-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 18, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment will be granted and the plaintiff's unconstitutional conditions of confinement, medical indifference, false disciplinary report, retaliation, negligence and failure to train and/or supervise claims will be dismissed. The plaintiff's excessive force claim will be dismissed as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i) and this action will be dismissed.

Baton Rouge, Louisiana, June 10, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA