UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY EVANS (#108026)

VERSUS

CHAD BUTLER, ET AL

CIVIL ACTION

NO. 09-159-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED the defendants' motion for summary judgment is granted and the plaintiff's unconstitutional conditions of confinement, medical indifference, false disciplinary report, retaliation, negligence and failure to train and/or supervise claims are dismissed. The plaintiff's excessive force claim is dismissed as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i) and this action is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, ~~May~~ June 10, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA